DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RAUL MONTANEZ-HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1778

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

PER CURIAM.

Affirmed.  *See* § 794.011(8)(b), Fla. Stat. (2015); *State v. J.A.R.*, 318 So. 3d 1256 (Fla. 2021); *Brooks v. State*, 969 So. 2d 238 (Fla. 2007); *Carpenter v. State*, 884 So. 2d 385 (Fla. 2d DCA 2004);

*Allen v. State*, 976 So. 2d 1189 (Fla. 5th DCA 2008); *Williams v. State*, 907 So. 2d 1224 (Fla. 5th DCA 2005).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.